**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| C&C ARC STONE REALTY LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>NAYA STONE LLC,<br><br>  Defendant. | No. 24cv7447 (EP) (JSA)<br><br>**ORDER** |

Plaintiff/Landlord C&C Arc Stone Realty LLC ("Arc Stone") originally brought this summary dispossession action in Superior Court of New Jersey, Law Division, Special Civil Part, Landlord-Tenant Division, Bergen County. Ex. A to D.E. 1 ("Complaint" or "Compl."). Defendant Naya Stone LLC ("Naya") removed the action to this Court based on diversity jurisdiction. D.E. 1 ("Notice of Removal"). Having reviewed all relevant items on the docket, and having determined that the amount in controversy requirement is not met,

**IT IS**, on this **16th** day of **July** 2024, for the reasons set forth in the accompanying Opinion,

**ADJUDGED** that this Court lacks subject matter jurisdiction over this action; and it is further

**ORDERED** that this action is **REMANDED** to Superior Court of New Jersey, Law Division, Special Civil Part, Landlord-Tenant Division, Bergen County; and it is finally

**ORDERED** that the Clerk of Court will effectuate the remand and mark this case **CLOSED**.

Dated: July 16, 2024

_Evelyn Padin_
Evelyn Padin, U.S.D.J.