# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### U.S. District Court for the District of New Jersey

C&C ARC STONE REALTY LLC

                                      Plaintiff,

v.                                                              Case No.: 2:24–cv–07447–EP–JSA

                                                                             Judge Evelyn Padin

NAYA STONE LLC

                                      Defendant.

Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: BER–LT–03177–24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                                  Very truly yours,

                                                                  CLERK OF COURT
                                                                  By Deputy Clerk, ld

encl.
cc: All Counsel